```
LALINDA DARLENE EVANS         INTERNAL REVENUE SERVI        US ATTORNEY GENERAL
130 THELMA ANDREWS RD         CENTRALIZED INSOLVENCY        US DEPT OF JUSTICE
WIGGINS, MS 39577             P.O. BOX 7346                 950 PENNSYLVANIA AVENW
                              PHILADELPHIA, PA 19101-7346   WASHINGTON, DC 20530-00


THOMAS C. ROLLINS, JR.        INTERNAL REVENUE SERVI        WITHROW & BRUNSON PLLC
THE ROLLINS LAW FIRM, PLLC    C/O US ATTORNEY               12410 CANTRELL STE 100
P.O. BOX 13767                501 EAST COURT ST             LITTLE ROCK, AR 72223
JACKSON, MS 39236             STE 4.430
                              JACKSON, MS 39201


21ST MORTGAGE CORP            KEESLER FCU
ATTN: BANKRUPTCY              P.O.BOX 7001
620 MARKET STREET             BILOXI, MS 39531
KNOXVILLE, TN 37902


CAINE & WEINER                LVNV FUNDING
ATTN: BANKRUPTCY              PO BOX 1269
5805 SEPULVEDA BLVD           GREENVILLE, SC 29602
SHERMAN OAKS, CA 91411


COMPREHENSIVE RADIO           MOHELA
PO BOX 3488                   ATTN: BANKRUPTCY
TUPELO, MS 38803              633 SPIRIT DR
                              CHESTERFIELD, MO 63005


CREDIT ONE BANK               MS DEPT OF REVENUE
6801 CIMARRON RD              BANKRUPTCY SECTION
LAS VEGAS, NV 89113           PO BOX 22808
                              JACKSON, MS 39225-2808


FORREST GENERAL HOSP          RELIAS EMERGENCY MED
6051 MS HWY 49                P.O. BOX 31037
HATTIESBURG, MS 39401         CHARLOTTE, NC 28231


FORTIVA                       SECURITY CREDIT
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
P.O. BOX 105555               PO BOX 1156
ATLANTA, GA 30348             OXFORD, MS 38655


HMC GROUP                     SINGING RIVER HEALTH
ATTN: BANKRUPTCY              P.O. BOX 540
29065 CLEMENS RD              PASCAGOULA, MS 39568
STE 200
WESTLAKE, OH 44145
```