## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:

**LALINDA DARLENE EVANS**                     **NO. 25-51839 KMS**

### OBJECTION TO VALUATION

Comes now Keesler Federal Credit Union ("Keesler"), by and through its counsel of record, Byrd & Wiser, and files this its Objection to Valuation pursuant to Section 1322 of the Bankruptcy Code, and in support of same would show unto the Court the following, to-wit:

I

That the Debtor filed her Petition for Relief pursuant to Chapter 13 of the Bankruptcy Code on or about December 8, 2025.

II

That Keesler is the holder of a secured claim as to the Debtor's 2021 Chevrolet Malibu, VIN 1G1ZD5ST0MF025377, all as more fully set forth on Exhibit "A" which is attached hereto and incorporated herein by reference.

III

That Keesler would show unto the Court that it is presently owed the principal amount of $19,270.99, exclusive of accumulating interest, costs and reasonable attorney's fees.

IV

That the Debtor's plan de-values Keesler's collateral at $11,169.00. Keesler would show unto the Court that the subject matter vehicle has a present fair market value of $14,040.00, all as more fully set forth on Exhibit "B" attached hereto, and Keesler is further entitled to receive interest at the rate of 10%.

V

Keesler would furthermore show unto the court that the Debtor has failed to maintain insurance on the subject matter vehicles duly naming Keesler as lien holder and loss payee as

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

required by the parties' Loan and Security Agreements and Disclosure Statement.

WHEREFORE, premises considered, Keesler would pray that after notice and hearing this Court enter its Order denying Confirmation of the Debtor's Chapter 13 Plan, as proposed, or in the alternative, that the Court require the Debtor to modify her Plan to pay Keesler the fair market value of $14,040.00, with said balance to carry interest at the rate of 10%, and Keesler furthermore prays that the Debtor be required to furnish proof of insurance duly naming Keesler as lien holder and loss payee, and Keesler prays for such other and further relief as is just and proper in the premises.

Respectfully submitted,

KEESLER FEDERAL CREDIT UNION

BY:  BYRD & WISER

BY: _____
ROBERT ALAN BYRD, MSB#7651
EMAIL: rab@byrdwiser.com

## CERTIFICATE

I, ROBERT ALAN BYRD, Attorney for Keesler Federal Credit Union, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Objection to Valuation to the following:

Thomas C. Rollins, Jr., Attorney for Debtor,  at trollins@therollinsfirm.com

Warren Cuntz, Jr., Trustee, at wcuntzcourt@gport13.com

This the 12 day of December, 2025.

_____
ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| LALINDA DARLENE EVANS 130 THELMA ANDREWS RD WIGGINS, MS 39577 (601) 514-9541 | N/A | GULFPORT NISSAN 9480 US 49 GULFPORT, MS 39503 (228) 864-6411 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2021 | CHEVROLET MALIBU | 1G1ZD5ST0MF025377 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ ..N/A.. |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 1,500.00 |
|---|---|---|---|---|
| 17.74 % | $ 16,542.85 | $ 25,708.19 | $ 42,251.04 | $ 43,751.04 |

**Your Payment Schedule Will Be:**    (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due | |
|---|---|---|---|
| 72 | $ 586.82 | Monthly | beginning 3/7/23 |
| N/A | $ N/A | N/A | |

Late Charge. If a payment is not received in full within __10__ days after it is due, you will pay a late charge of __5__ % of the part of the payment that is late with a maximum charge of $ __5.00__ , unless the vehicle is a commercial vehicle. For a commercial vehicle, if payment is not received in full within __15__ days after it is due, you will pay a late charge of __4__ % of the part of the payment that is late with a minimum charge of $ __5.00__ and a maximum charge of $ __50.00__ .

Prepayment. If you pay early, you will not have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (Including $ __1,119.20__ sales tax)    $ __23,078.20__ (1)

2 Total Downpayment =

Trade-In __N/A__ __N/A__ __N/A__
    (Year)     (Make)     (Model)

| | | |
|---|---|---|
| Gross Trade-In Allowance | $ | N/A |
| Less Pay Off Made By Seller to _____ | $ | N/A |
| Equals Net Trade In | $ | N/A |
| + Cash | $ | 1,500.00 |
| + Other ____ Rebate | $ | N/A |
| + Other ____ N/A | $ | N/A |
| + Other ____ N/A | $ | N/A |

(If total downpayment is negative, enter "0" and see 4J below)    $ __1,500.00__ (2)

3 Unpaid Balance of Cash Price (1 minus 2)    $ __21,578.20__ (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf
(Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
Life    $ N/A
Disability    $ N/A

B Vendor's Single Interest Insurance Paid to Insurance Company __N/A__    $ __N/A__

---

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

#### Optional Credit Insurance
☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

| Premium | |
|---|---|
| Credit Life $ | N/A |
| Credit Disability $ | N/A |
| Insurance Company Name | N/A |
| | N/A |
| Home Office Address | N/A |
| | N/A |

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

#### Other Optional Insurance

☐ ____ N/A ____    N/A
    Type of Insurance    Term

| Premium $ | N/A |
|---|---|
| Insurance Company Name | N/A |
| | N/A |
| Home Office Address | N/A |
| | N/A |

☐ ____ N/A ____    N/A
    Type of Insurance    Term

Premium $ ____    N/A

EXHIBIT A

| | | | | |
|---|---|---|---|---|
| C | Other Optional Insurance Paid to Insurance Company or Companies | | $ | N/A |
| D | Optional Gap Contract | | $ | 695.00 |
| E | Official Fees Paid to Government Agencies | | | |
| | to N/A | for N/A | $ | N/A |
| | to N/A | for N/A | $ | N/A |
| | to N/A | for N/A | $ | N/A |
| F | Government Taxes Not Included in Cash Price | | $ | N/A |
| G | Government License and/or Registration Fees | | | |
| | N/A | | | |
| | N/A | | $ | N/A |
| H | Government Certificate of Title Fees | | $ | 10.00 |
| I | Document/Service Fee | | $ | 425.00 |

A DOCUMENT/SERVICE FEE IS NOT AN OFFICIAL FEE AND IS NOT REQUIRED BY LAW, HOWEVER, IT MAY BE CHARGED TO A BUYER/LESSEE FOR THE PREPARATION, HANDLING AND PROCESSING OF DOCUMENTS AND THE PERFORMANCE OF SERVICES RELATED TO THE SALE OR LEASE OF A MOTOR VEHICLE AND MAY INCLUDE DEALER PROFIT. THIS NOTICE IS REQUIRED BY REGULATION OF THE MISSISSIPPI MOTOR VEHICLE COMMISSION.

| | | | | |
|---|---|---|---|---|
| J | Other Charges (Seller must identify who is paid and describe purpose) | | | |
| | to N/A | for Prior Credit or Lease Balance | $ | N/A |
| | to AUTOMOTIVE WARRANTY SERV | for Vehicle Service Contract | $ | 2999.99 |
| | to N/A | for N/A | $ | N/A |
| | to N/A | for N/A | $ | N/A |
| | to N/A | for N/A | $ | N/A |
| | to N/A | for N/A | $ | N/A |
| | to N/A | for N/A | $ | N/A |
| | to N/A | for N/A | $ | N/A |
| | to N/A | for N/A | $ | N/A |
| | to N/A | for N/A | $ | N/A |
| | Total Other Charges and Amounts Paid to Others on Your Behalf | | $ | 4,129.99 (4) |
| 5 | Amount Financed - Principal Balance (3 + 4) | | $ | 25,708.19 (5) |
| 6 | Finance Charge | | $ | 16,542.85 (6) |
| 7 | Total of Payments - Time Balance (5 + 6) | | $ | 42,251.04 (7) |

OPTION: [ ] You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A Year N/A , SELLER'S INITIALS N/A

---

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 72 Mos.       ASSURANT GAP
                   Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X _(signature)_

---

Agreement to Arbitrate: By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _(signature)_       Co-Buyer Signs X N/A

---

## NO COOLING OFF PERIOD
**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

---

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs X _(signature)_   Co-Buyer Signs X N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements. Any dispute resolution agreement you sign with us or an assignee of this contract will apply to claims related to this contract.

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

Insurance Company Name _____ N/A
_____ N/A
Home Office Address _____ N/A
_____ N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. I want the insurance checked above.

X N/A
Buyer Signature       Date

X N/A
Co-Buyer Signature       Date

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.**

[ ] VENDOR'S SINGLE INTEREST INSURANCE (VSI Insurance) If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI Insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

Returned Check Charges: You agree to pay us the actual charges assessed by a financial institution up to $15.00, if any check you gave us is dishonored for insufficient funds.

NOTICE TO THE BUYER: 1. Do not sign this contract before you read it or if it contains any blank spaces. 2. You are entitled to an exact copy of the contract you sign.

You agree to the terms of this contract and any dispute resolution agreement you signed with this contract. You confirm that before you signed this contract and any dispute resolution agreement, we gave them to you, and you were free to take them and review them. You acknowledge that you have read both sides of this contract, including the arbitration provision on the reverse side, before signing below. You confirm that you received a completely filled-in copy of these documents when you signed them.

Buyer Signs X _____ Date 01/21/2023 _____ Co-Buyer Signs X N/A _____ Date _N/A_

Buyer Printed Name _____ Co-Buyer Printed Name _____ N/A _____

If the 'business' use box is checked in 'Primary Use for Which Purchased': Print Name _____ Title _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ N/A _____ Address _____ N/A _____

Seller signs  GULFPORT NISSAN _____ Date 01/21/2023  By X _____ Title _F & F_

Seller assigns its interest in this contract to KEESLER FEDERAL CREDIT UNION "KFCU" _____ (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse    ☒ Assigned without recourse    Assigned with limited recourse

Seller  GULFPORT NISSAN

By X _____ Title FINANCE

LAW/FORM NO. 553-MS-ARB (REV.671)
THE PRINTER MAKES NO WARRANTY EXPRESS OR IMPLIED AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

CERTIFICATE OF

EVANS, LALINDA
0.

Form __ 78-001

**STATE OF MISSISSIPPI**

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1G1ZD5STOMF095377 | CHEV | 2021 | MALIBU | SD | MS3524605447 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 02/17/2023 | | | USED | PC | 66097 ACTUAL |

OWNER(S)

EVANS, LALINDA DARLENE
130 THELMA ANDREWS RD
WIGGINS MS 39577-8148

BRANDS

BENEFICIARY

1ST LIENHOLDER                                          DATE: 01/21/2023
KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI MS 39534-7001

2ND LIENHOLDER                                          DATE:

MAIL TO

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI MS 39534-7001

M145-18

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREIN HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____                    BY _____
            (LIENHOLDER)                                    (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 ___

2ND LIEN _____                    BY _____
            (LIENHOLDER)                                    (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 ___

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS
THE 17TH DAY OF FEBRUARY 2023

The Mississippi Department of Revenue hereby certifies that the application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens of security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972 and subject to the provisions thereof.

CONTROL NUMBER
O _____

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED

## J.D. POWER

12/12/2025

**J.D. POWER Used Cars/Trucks**

Keesler Federal Credit Union

PO Box 7001
Biloxi, MS 39534
228-385-4384
Cynthia.jones@kfcu.org

## Vehicle Information

| | |
|---|---|
| Vehicle: | **2021 Chevrolet Malibu Sedan 4D LT 1.5L I4 Turbo** |
| Region: | **Southeastern** |
| Period: | **December 12, 2025** |
| VIN: | **1G1ZD5ST0MF025377** |
| Mileage: | **120,000** |
| Base MSRP: | **$26,800** |
| Typically Equipped MSRP: | **$28,340** |
| Weight: | **3,159** |



## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $11,725 | -$3,400 | $350 | **$8,675** |
| Average Trade-In | $12,975 | -$3,400 | $350 | **$9,925** |
| Clean Trade-In | $14,000 | -$3,400 | $350 | **$10,950** |
| Clean Loan | $12,600 | -$3,400 | $350 | **$9,550** |
| Clean Retail | $18,600 | -$3,400 | $400 | **$15,600** |
| **Weekly Auction** | | . | | *90% -$14,040.00* |
| Low | $10,125 | -$3,400 | N/A | **$6,725** |
| Average | $12,800 | -$3,400 | N/A | **$9,400** |
| High | $15,500 | -$3,400 | N/A | **$12,100** |
| **Weekly Used** | | | | |
| Rough Trade-In | $11,550 | -$3,400 | $350 | **$8,500** |
| Average Trade-In | $12,800 | -$3,400 | $350 | **$9,750** |
| Clean Trade-In | $13,825 | -$3,400 | $350 | **$10,775** |
| Clean Loan | $12,450 | -$3,400 | $350 | **$9,400** |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D Power

EXHIBIT "B"

Bumberg No. 5152

# J.D. POWER

12/12/2025

|  | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Clean Retail | $18,425 | -$3,400 | $400 | $15,425 |

*The auction values displayed include typical equipment and adjustments for mileage and any of the following applicable accessories engine size, drivetrain, and trim.

## Selected Options

|  | Trade-In/Loan | Retail |
|---|---|---|
| Power Sunroof [VIN Precision+] | $350 | $400 |
| Remote Engine Starter | w/body | w/body |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power