MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: LALINDA DARLENE EVANS                    Case No.: 25-51839 KMS

_____
Debtor(s)                                        Chapter: 13

**Corporate Ownership Statement**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
KEESLER FEDERAL CREDIT UNION_____, a
[Name of Corporate Party]

[Check One]

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

```
[                                                              ]
```

**OR**

[✓] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 12/16/2025            /S/ROBERT ALAN BYRD
                            Attorney Signature

                            ROBERT ALAN BYRD            7651
                            Attorney Name               State Bar Number
                            PO DRAWER 1939
                            Address
                            BILOXI, MS  39533
                            City, State, and Zip Code
                            228-432-8123        rab@byrdwiser.com
                            Telephone Number    Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**