Certificate Number: 17082-MSS-DE-040430013

Bankruptcy Case Number: 25-51839



17082-MSS-DE-040430013

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 19, 2025</u>, at <u>5:36</u> o'clock <u>AM MST</u>, <u>LALINDA D EVANS</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:   <u>December 19, 2025</u>               By:    <u>/s/Orsolya K Lazar</u>

                                             Name:  <u>Orsolya K Lazar</u>

                                             Title: <u>Executive Director</u>