## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     LaLinda Darlene Evans, Debtor        Case No. 25-51839-KMS

                                                                                                                   CHAPTER 13

### CERTIFICATE OF COMPLIANCE OF PROVISION OF
### PAYMENT ADVICES TO CASE TRUSTEE

       COMES NOW, Thomas C. Rollins, Jr., Counsel of Record for the above named Debtor and files this her certificate of compliance with the Court that payment advices required by 11 U.S.C. §521(a)(1)(B)(iv) have been provided to the duly appointed and acting Case Trustee, Warren A. Cuntz, Jr., P.O. Box 3749, Gulfport, MS 39505-3749 pursuant to standing order of the United States Bankruptcy Court for the Southern District of Mississippi.

       WITNESS my signature on January 2, 2026.

                                               /s/ Thomas C. Rollins, Jr.
                                               Thomas C. Rollins, Jr. (MSBN 103469)
                                               The Rollins Law Firm, PLLC
                                               P.O Box 13767
                                               Jackson, MS 39236
                                               601-500-5533

### CERTIFICATE OF SERVICE

       I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Certification on January 2, 2026. All interested parties will receive electronic notification from the Court.

                                               /s/ Thomas C. Rollins, Jr.
                                               Thomas C. Rollins, Jr.