# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51839  **Case Name:** LaLinda Darlene Evans

**Set:** 02/12/2026 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Valuation filed by Keesler Federal Credit Union (Dkt. #13) - AGREED ORDER TO BE SUBMITTED BY BYRD; CALLED IN BY BYRD'S OFFICE

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Byrd to submit an Agreed Order on the Objection to Valuation filed by Keesler Federal Credit Union [13]. Order due by 02/26/2026. Confirmation hearing removed. (mcc)