

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: February 13, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

LALINDA DARLENE EVANS                    NO. 25-51839 KMS

ORDER

This matter having come on for consideration upon the Objection to Valuation filed on behalf of Keesler Federal Credit Union (hereinafter "Keesler") (DK#13) and the Court being advised that the parties have reached an agreement as to the claim of Keesler, and the Court further finding that said Objection is well taken, it is therefore,

ORDERED, ADJUDGED AND DECREED that Keesler shall have an allowed secured claim as to the Debtor's 2021 Chevrolet Malibu, VIN 1G1ZD5ST0MF025377, for the fair market value of $14,000.00 and shall be further entitled to receive interest at the rate of 10% thereon on its allowed secured claim per the Debtor's Chapter 13 Plan.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Debtor's Chapter 13 Plan is deemed modified and amended to conform to the terms contained in this

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

Order.

### ###END OF ORDER###

APPROVED AS TO FORM:

_____
ROBERT ALAN BYRD, Attorney for
Keesler Federal Credit Union

/S/THOMAS C. ROLLINS, JR.
Attorney for Debtor

/S/PHILLIP DUNNAWAY
Attorney for Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029