United States Bankruptcy Court
Southern District of Mississippi

In re:                                                    Case No. 25-51839-KMS
LaLinda Darlene Evans                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                                  User: mssbad                                   Page 1 of 2
Date Rcvd: Feb 19, 2026                       Form ID: n031                           Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LaLinda Darlene Evans, 130 Thelma Andrews Rd, Wiggins, MS 39577-9148 |
| 5601906 | + | Byrd & Wiser, Esq., for Keesler Federal Credit Union, P O Box 1939, Biloxi, MS 39533-1939 |
| 5598954 | + | Comprehensive Radio, PO BOX 3488, Tupelo, MS 38803-3488 |
| 5598956 | | Forrest General Hosp, 6051 MS Hwy 49, Hattiesburg, MS 39401 |
| 5598965 | + | Relias Emergency Med, P.O. Box 31037, Charlotte, NC 28231-1037 |
| 5598967 | + | Singing River Health, P.O. Box 540, Pascagoula, MS 39568-0540 |
| 5598969 | + | Withrow & Brunson PLLC, 12410 Cantrell Ste 100, Little Rock, AR 72223-1703 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: wrs@byrdwiser.com | Feb 19 2026 19:58:00 | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5598952 | | Email/Text: ebn@21stmortgage.com | Feb 19 2026 19:58:00 | 21st Mortgage Corporation, Attn: Bankruptcy, P.O. Box 477, Knoxville, TN 37901 |
| 5598953 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 19 2026 19:58:30 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5598955 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 19 2026 20:03:33 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5598957 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 19 2026 19:58:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 5598958 | + | Email/Text: hmcgrp@aol.com | Feb 19 2026 19:58:00 | Hmc Group, Attn: Bankruptcy, 29065 Clemens Rd, Ste 200, Westlake, OH 44145-1179 |
| 5598960 | + | Email/Text: ebone.woods@usdoj.gov | Feb 19 2026 19:58:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5598959 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2026 19:58:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5605922 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2026 19:59:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5598961 | + | Email/Text: melissa.martin@kfcu.org | Feb 19 2026 19:58:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5601521 | + | Email/Text: melissa.martin@kfcu.org | Feb 19 2026 19:58:00 | Keesler Federal Credit Union, ATTN: Bankruptcy Dept., PO Box 7001, Biloxi, MS 39534-7001 |
| 5598962 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 20:03:30 | LVNV Funding, Po Box 1269, Greenville, SC 29602-1269 |
| 5600533 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 20:03:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5598963 | | Email/Text: EBN@Mohela.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: n031 | Total Noticed: 25 |

| | | | Feb 19 2026 19:58:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
|---|---|---|---|---|
| 5610564 | | Email/Text: EBN@Mohela.com | Feb 19 2026 19:58:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 5598964 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Feb 19 2026 19:58:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5598966 | + | Email/Text: cs@securitycreditservicesllc.com | Feb 19 2026 19:58:00 | Security Credit, Attn: Bankruptcy, Po Box 1156, Oxford, MS 38655-1156 |
| 5598968 | ^ | MEBN | Feb 19 2026 19:53:52 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Feb 21, 2026 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor LaLinda Darlene Evans trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51839−KMS
**Chapter:** 13

**In re:**

LaLinda Darlene Evans
aka LaLinda D Evans, aka LaLinda Evans
130 Thelma Andrews Rd
Wiggins, MS 39577

---

Notice of Entry of Order Confirming Plan

The Court entered an Order on February 19, 2026 (Dkt. # 24 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: February 19, 2026                                   Danny L. Miller, Clerk of Court